IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARRY ARNAZ PUGH,              )
                               )
                               )
          Plaintiff,           )     No. 07-2115 B/P
                               )
v.                             )
                               )
STATE FARM FIRE & CASUALTY     )
COMPANY,                       )
                               )
          Defendant.           )

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

It appearing to the Court by signature of counsel below that the matters in controversy in this cause have been fully and finally compromised and settled, and that this case may be dismissed with prejudice,

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiff and Defendant are hereby dismissed with prejudice and that the parties shall pay their own attorney fees and Rule 54 costs.

IT IS SO ORDERED this 19th day of October, 2007.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

1

Approved by:


s/George T. Lewis, III
George T. Lewis, III (#7018)
blewis@bakerdonelson.com
Antonio L. Matthews (#018107)
amatthews@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000
Attorneys for Defendant
State Farm Fire and Casualty Company


s/David N. Arnold
David N. Arnold (#024294)
6263 Poplar Avenue, Suite 1132
Memphis, Tennessee 38119
Attorney for Plaintiff