UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

**BARRY ARNAZ PUGH,**              **JUDGMENT IN A CIVIL CASE**

     **Plaintiff,**

**v.**

**STATE FARM FIRE & CASUALTY,**              **CASE NO: 07-2115-B**

     **Defendant.**
_____

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered October 19, 2007, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ J. Daniel Breen**
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| **October 22, 2007** | **Thomas M. Gould** |
| **Date** | **Clerk of Court** |
| | |
| | **s/ T. Elchlepp** |
| | **(By)  Deputy Clerk** |